**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Nancy Davis <br> Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 14-10280 amc |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Carrington Mortgage Services as servicer for Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A and index same on the master mailing list.

    Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734