United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nancy Davis  
    Debtor

Case No. 14-10280-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 2    Date Rcvd: Jun 13, 2019  
    Form ID: 138NEW    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2019.

```
db          +Nancy Davis,    627 W. Norris Street,    Philadelphia, PA 19122-2128
13224738    +AT& T Mobility,   C/O ERS CCA,    700 Longwater Dr.,    Norwell, MA 02061-1624
13234325    +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
              Arlington, TX 76096-3853
13347439    +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
              El Segundo, CA 90245-3504
13224739    +Beneficial Consumer Discount Company,    654 W. Main Street,    Mount Pleasant, PA 15666-1815
13347119    +Bradly E. Allen, Esquire,    7711 Castor Avenue,    Philadelphia, PA 19152-3601
13269774     CitiFinancial Servicing LLC,    P. O. Box 70919,    Charlotte, NC 28272-0919
13224740    +Citifinancial,    P. O. Box 70918,    Charlotte, NC 28272-0918
13224743    +First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
13224744    +GM Financial,    PO Box 183834,    Arlington, TX 76096-3834
13224747     Trumark Financial Credit Union,    1000 Northbrook Drive,    Trevose, PA  19053-8430
14031561    +Wilmington Savings Fund Society, FSB,    Carrington Mortgage Services, LLC,
              1600 South Douglass Road,    Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: megan.harper@phila.gov Jun 14 2019 03:32:07     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2019 03:31:12
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 14 2019 03:31:58     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13224737    +E-mail/PDF: cbp@onemainfinancial.com Jun 14 2019 03:25:27
              American General/Spring Leaf Financial,    P. O. Box 3251,    Evansville, IN 47731-3251
13224742     E-mail/Text: megan.harper@phila.gov Jun 14 2019 03:32:07     City Of Philadelphia,
              C/O James J. Zwolak, Esquire,    1401 JFK Boulevard, 5th Floor MSB Bldg.,
              Philadelphia, PA  19102
13224741     E-mail/Text: megan.harper@phila.gov Jun 14 2019 03:32:07     City Of Philadelphia,
              C/O Law Department,    1515 Arch St., 15th Fl,    Philadelphia, PA  19102
13345984     E-mail/Text: megan.harper@phila.gov Jun 14 2019 03:32:07     City of Philadelphia,
              Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA 19102-1595
13251096    +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 14 2019 03:31:48
              Collecto Us Asset Managemnt, Inc.,    c o Jefferson Capital Systems LLC,    Po Box 7999,
              Saint Cloud Mn 56302-7999
13259777     E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 14 2019 03:31:48     Jefferson Capital Systems LLC,
              Po Box 7999,    Saint Cloud Mn 56302-9617
13322806     E-mail/PDF: resurgentbknotifications@resurgent.com Jun 14 2019 03:25:19
              LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
              Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13224745    +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 14 2019 03:32:48     Nationwide Insurance,
              C/O Credit Collection Service,    PO Box 9134,    Needham, MA 02494-9134
13224746    +E-mail/Text: bknotices@totalcardinc.com Jun 14 2019 03:31:38     Plains Commerce Bank,
              P. O. Box 89937,    Sioux Falls, SD 57109-6937
13349097     E-mail/Text: bnc-quantum@quantum3group.com Jun 14 2019 03:31:01
              Quantum3 Group LLC as agent for,    Collins Asset Group LLC,    PO Box 788,
              Kirkland, WA  98083-0788
13224748     E-mail/PDF: resurgentbknotifications@resurgent.com Jun 14 2019 03:25:19     Verizon Wireless,
              C/O Pinnacle,    P. O. Box 640,    Hopkins, MN  55343-0640
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13227149     ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: JEGilmore              Page 2 of 2                   Date Rcvd: Jun 13, 2019
                              Form ID: 138NEW              Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
              BRADLY E ALLEN    on behalf of Debtor Nancy  Davis bealaw@verizon.net
              KEVIN G. MCDONALD    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Nancy Davis
       Debtor(s)         Bankruptcy No: 14−10280−amc
       Chapter: 13

___

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

       900 Market Street
       Suite 400
       Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

       For The Court
       Timothy B. McGrath
       Clerk of Court

Dated: 6/13/19

       86 − 85
       Form 138_new